E-Filed

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-2839-GHK (SSx) | Date | August 8, 2012 |
|---|---|---|---|
| Title | *Jung Ai Shin v. United States Citizenship and Immigration Services* | | |

**Presiding: The Honorable**      **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** Application to Amend Certificate of Naturalization

      We have received Plaintiff Jung Ai Shin's ("Plaintiff") Application to Amend Certificate of Naturalization to Reflect Correct Date of Birth ("Application").  Plaintiff seeks an order requiring Defendant United States Citizenship and Immigration Services ("Defendant") to issue an amended Certificate of Naturalization identifying her date of birth as February 16, 1954.  The docket reflects that Defendant has been properly served pursuant to Federal Rule of Civil Procedure 4(I), and counsel for Defendant has filed a notice of appearance with the Court.  So that we may expedite resolution of this matter, Defendant is hereby **ORDERED to show cause**, in writing, within twenty-one (21) days hereof, as to why Plaintiff's Application should not be granted.  Defendant's failure to timely and adequately show cause as required herein shall be deemed Defendant's admission that Plaintiff's Application should be granted, and in that event, we will grant Plaintiff's Application and order Defendant to amend Plaintiff's Certificate of Naturalization.

      **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |