JS - 6

**FILED: 2/13/2013**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jung Ai Shin*, | CASE NO. CV 12-2839-GHK (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *United States Citizenship and Immigration Services*, | |
| Defendant. | |

Pursuant to the Court's February 13, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that judgment shall be entered in favor of Plaintiff Jung Ai Shin ("Plaintiff") against Defendant United States Citizenship and Immigration Services ("Defendant"). Defendant shall amend Plaintiff's naturalization certificate to reflect February 16, 1954 as her birth date.

**IT IS SO ORDERED**.

DATED: February 13, 2013

_____
GEORGE H. KING
Chief United States District Judge